# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**FALLON RAHIMA JALLALI,**
Appellant,

v.

**CHRISTIANA TRUST**, a division of **WILMINGTON SAVINGS FUND SOCIETY, FSB,** as Trustee for **NORMANDY MORTGAGE LOAN TRUST, SERIES 2013-15,**
Appellee.

No. 4D16-3311

[September 6, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. CACE-07-010279 (12).

Alan M. Medof, Boca Raton and Cyrus A. Bischoff, Miami, for appellant.

Melissa A. Giasi of Kass Shuler, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, FORST and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***